1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  STACEY GEIS (CASBN 181444)
   Assistant U.S. Attorney
5
      450 Golden Gate Ave (11th Floor)
6     San Francisco, CA 94102
      Telephone: (415) 436-7200
7     Fax: (415) 436-7234

8  Attorneys for the United States

                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION

   UNITED STATES OF AMERICA,          )   CRIMINAL NO.
                                      )
        Plaintiff,                    )   3-07 70331
                                      )
        v.                            )   NOTICE OF PROCEEDINGS ON
                                      )   OUT-OF-DISTRICT CRIMINAL
                                      )   CHARGES PURSUANT TO RULES
   TAI WAI DAVID CHU, DAKON           )   5(c)(2) AND (3) OF THE FEDERAL RULES
   INTERNATIONAL, HENRY C.D.          )   OF CRIMINAL PROCEDURE
   YIP, T.P. COMPANY,                 )
                                      )
        Defendants.                   )
                                      )
   _____)

   Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

   Procedure that on June 7, 2007, the above-named defendants were arrested based upon arrest

   warrants (copies attached) issued upon

      ☒  Indictment
      ☐  Information
      ☐  Criminal Complaint
      ☐  Other

   pending in the Central District of California, Case Number CR 07-00449.

1   Defendants are charged with conspiracy, in violation of Title 18, United States Code,
2   Section 371.
3   Brief Description of Charges: The Defendants are alleged to have engaged in a conspiracy
4   to violate 16 U.S.C. §§ 3372(d) & 3373(d)(3)(A) (relating to false identification of Vietnamese
5   catfish); 18 U.S.C. § 542 (false statements in a declaration); 18 U.S.C. § 545 (importation of
6   merchandise contrary to law); 18 U.S.C. § 541 (effecting an entry of goods by payment of less
7   than the amount of duty legally due); and 21 U.S.C. §§ 331(a), (c) & 333(a)(2) (relating to
8   introduction into interstate commerce of misbranded and adulterated Vietnamese catfish).

Respectfully Submitted,

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

Date: _____6/7/07_____

STACEY P. GEIS
Assistant U.S. Attorney