AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA<br>V.<br>HENRY C.D. YIP | COMMITMENT TO ANOTHER DISTRICT<br>(DEFENDANT OUT OF CUSTODY) |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 3-07-70331 BZ | CR07-00449 | Northern District of California | Central District of California |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
X Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

**charging a violation of**   18   **U.S.C. §**   371 and 545

**DISTRICT OF OFFENSE**
Central District of California

**DESCRIPTION OF CHARGES:**

Conspiracy. Importation of Merchandise Contrary to Law.

**CURRENT BOND STATUS:**

X  Bail fixed at   $50,000.00 P/R   and defendant is released on bond
☐  Government moved for detention and defendant detained after hearing in District of Arrest
☐  Government moved for detention and defendant detained pending detention hearing in District of Offense
☒  Other (specify)   The defendant admits to being the person charged in the Central District of California. Defendant waived Bond, if any, shall be transferred to the District of Offense (Identity Removal Hearing)

**Representation:**   X Retained Own Counsel   ☐ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ☐ No   X Yes   Language:  Vietnamese

8 June 07
Date

_____
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |