**COPY**

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 11, 2007

Office of the Clerk
U.S. District Court
Central District of California
312 North Spring Street,
Los Angeles, CA 90012

FILED
CLERK, U.S. DISTRICT COURT
JUN 14 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case Name:        US v Henry C.D. Yip
Case Number:      3-07-70331 BZ
Charges:          18:371 Conspiracy

Dear Clerk:

   The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Bernard Zimmerman. The following action has been taken:

   (X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
   (X)   The defendant has a court appearance in your court on: July 9, 2007 8:30 a.m.

Enclosed are the following documents:
   original Rule 5 affidavit
   original minute orders
   original bond
   certified copy of *AO 94, Commitment to Another District*

   Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: [signature]
Case Systems Administrator

Enclosures
cc: Financial Office

--------------------------------------------------------------------

Receipt of the above-described documents is acknowledged herewith and assigned case number:

Date: ___JUN 14 2007___

CLERK, U.S. DISTRICT COURT
By ___ROSALIND TYUS-SIMON___
    Deputy Clerk